AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Donald W. Gay<br>*Petitioner*<br>v.<br>Warden of Perry Correctional Institution<br>*Respondent* | Civil Action No.     9:22-cv-01766-SAL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Petitioner, Donald W. Gay, shall take nothing of Respondent, Warden of Perry Correctional Institution, as to the petition filed pursuant to 28 U.S.C. § 2254 and the petition is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date:     September 12, 2022                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                *s/ A. Snipes*
                                                                    *Signature of Clerk or Deputy Clerk*